08 CV 6169

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Home Box Office, Inc.,<br><br>**Plaintiff**<br><br>-v-<br><br>John and Jane Does, Nos. 1 through 6, and XYZ Company, Nos. 1 through 6<br>**Defendant** | Case No.<br><br>**Rule 7.1 Statement** |



RECEIVED
JUL 07 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Home Box Office, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Time Warner Inc.

Time Warner Cable, Inc.

Time Warner Telecom, Inc.

Date: July 7, 2008

Signature of Attorney
Thomas P. Battistoni
Attorney Bar Code:   TB 8012

Form Rule7_1.pdf