UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOME BOX OFFICE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JOHN and JANE DOE, Nos. 1 through 6, and XYZ COMPANY, Nos. 1 through 6, <br><br> Defendants. | INDEX NO. 08 CV 6169 (SHS) <br><br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true copies of Plaintiff, Home Box Office, Inc.'s Notice of Motion for Leave to Take Immediate Discovery and Declaration of Thomas P. Battistoni in Support of Motion for Leave to Take Immediate Discovery, dated August 27, 2008, were served by FedEx Priority Overnight Delivery on August 27, 2008, by depositing same in properly addressed wrappers into the custody of FedEx prior to the latest time designated by FedEx for overnight delivery, upon the following:

>Comcast, National Engineering and Technical Operations
>650 Centerton Road
>Moorestown, NJ 08057

>Gerard J. Lewis, Jr.
>Vice President, Deputy General Counsel & Chief Privacy Officer
>Comcast Cable Communications, LLC
>One Comcast Center
>1701 John F. Kennedy Boulevard
>Philadelphia, PA 19103

*/s/ Laura A. Facopoulos*
Laura A. Facopoulos

NY\50402533.1